UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| DEBORAH LAUFER, | : |
| Plaintiff, | : Case No. 3:20-cv-00443-JAM |
| v. | : |
| 4180 BLACK ROCK LLC | : |
| Defendant. | : |
| | : NOVEMBER 23, 2020 |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Defendant, 4180 Black Rock LLC, through its undersigned counsel, hereby submits this Notice of Supplemental Authority in further support of its pending Motion to Dismiss (ECF No. 11) to inform the Court of the recent decisions in the cases (i) Laufer v. Dove Hess Holdings, LLC, No. 520-CV-00379-BKS-ML, ECF Nos. 33 (N.D.N.Y. Nov. 18, 2020) (a copy of the Memorandum-Decision and Order (the "Dove Hess Decision") is appended to the Order attached hereto as **Exhibit A**), (ii) Harty v. W. Point Realty, Inc., No. 19 CV 8800 (VB), 2020 WL 4570595 (S.D.N.Y. Aug. 7, 2020) and (iii) Laufer v. BRE/ESA P Portfolio, LLC, No. CV-SAG-20-1973, 2020 WL 6801924 (D.Md. Nov. 19, 2020).

(i) Dove Hess Holdings is one of the dozens of cases brought in the Northern District of New York by the same Plaintiff as in the present case. The Court in Dove Hess Holdings found that the allegations of both the Plaintiff's initial complaint and proposed amended complaint (similar to her initial complaint and proposed amended complaint in this action) were insufficient to demonstrate standing. Dove Hess Decision, pp. 28, 32. Accordingly, the Court entered an Order in each of the remaining cases in that district dismissing the Plaintiff's actions for lack of standing, but permitting

her to seek leave to file an amended complaint addressing the standing deficiencies identified in the Dove Hess Decision within 30 days.  A copy of that Order along with the Dove Hess decision is attached hereto as **Exhibit A**.   Recognizing the volume of pending Laufer cases and the burden and expense that would be incurred with full discovery, the Court invited the parties to weigh in on the most appropriate and efficient path forward, such as consolidation of cases and limited discovery or an evidentiary hearing on jurisdiction. Dove Hess Decision, pp. 36-37.

(ii) The Court in Dove Hess Holdings relied, in part, on the recent decision in Harty v. W. Point Realty, Inc., No. 19 CV 8800 (VB), 2020 WL 4570595, at *5 (S.D.N.Y. Aug. 7, 2020), which dismissed a similar case for lack of standing.

(iii) The Court in Laufer v. BRE/ESA P Portfolio, LLC, No. CV-SAG-20-1973, 2020 WL 6801924, at *4 (D.Md. Nov. 19, 2020), joined other courts in concluding that the same Plaintiff as in this case, like similarly situated ADA testers, failed to plead an injury sufficiently concrete and particularized to confer Article III standing.

**THE DEFENDANT,**
**4180 BLACK ROCK LLC**

By: /s/ *Nicholas P. Vegliante*
Melvin A. Simon, Esq.
Federal Bar No.: ct05248
Nicholas P. Vegliante, Esq.
Federal Bar No.: ct28449
Cohn Birnbaum & Shea P.C.
100 Pearl Street. 12th Floor
Hartford, CT  06103
Telephone: (860) 493-2200
Facsimile: (860) 727-0361
E-mail:  msimon@cbshealaw.com
          nvegliante@cbshealaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-----------------------------------------------------------x
DEBORAH LAUFER,                        :
                                       :
              Plaintiff,               :    Case No. 3:20-cv-00443-JAM
v.                                     :
                                       :
4180 BLACK ROCK LLC                    :
                                       :
              Defendant.               :
-----------------------------------------------------------x
```

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, a copy of the foregoing Notice of Supplemental Authority was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          */s/ Nicholas P. Vegliante*
          Nicholas P. Vegliante

203108v2/06160-004